# EXHIBIT 3

Portage Public School District student in blackface with the caption "I made myself into a nigger"

