UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

NAKIA S. BAYLIS et al,

      Plaintiffs,

v.

PORTAGE PUBLIC SCHOOL
DISTRICT et al,

      Defendant.

                                  /

Case No: 1:24-cv-1304

HON. ROBERT J. JONKER

## **NOTICE OF IMPENDING DISMISSAL**

      The court records indicate that more than 60 days have passed from the filing of the above complaint and defendant has not been served. This notice serves to inform plaintiffs that the action shall be dismissed without prejudice unless plaintiffs complete service of process within 90 days after the filing of the complaint, in accordance with F.R.Civ.P. 4(m).

Dated:   February 13, 2025  

  /s/ Robert J. Jonker  
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE