UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAKIA S. BAYLIS, et al.,

    Plaintiffs,

v.

PORTAGE PUBLIC SCHOOL
DISTRICT, et al.,

    Defendants.
_____/

CASE NO. 1:24-cv-1304

HON. ROBERT J. JONKER

## **ORDER**

    The Court has reviewed the Joint Status Report of the parties and all other matters of record. The Court is satisfied that it can craft an initial Case Management Order without the need for an in-person Rule 16 and the Court therefore **CANCELS** the hearing. The Court will issue a CMO by separate order. The CMO will include a date and time for an in-person status conference later in the case. If either side believes an in-person conference before that time would be helpful, just reach out to the Court's Case Manager.

    The Court also declines to exercise supplemental jurisdiction over the state law claims and therefore dismisses without prejudice Counts II, IV, V and any portion of Counts VI and VII that rest on state law. This will leave the federal Title VI and Section 1983 claims in Counts I and III, and any portions of Counts VI and VII that rest on federal law. These federal claims will give both sides a full opportunity to advance and defend their positions in this case, and to do so without the distraction of state law theories that involve significantly different elements and defense.

    **IT IS ORDERED**.

Date:  May 14, 2025                     /s/ Robert J. Jonker
                                                       ROBERT J. JONKER
                                                       UNITED STATES DISTRICT JUDGE