UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| DR. NAKIA S. BAYLIS, individually and as parent and legal guardian of her minor children, A.B. and G.B., ADAM BAYLIS III, individual and as parent and natural guardian of his minor children, A.B. and G.B, | CASE NO:  1:24-CV-01304<br><br>Hon. Robert J. Jonker |

Plaintiffs,

v.

PORTAGE PUBLIC SCHOOL DISTRICT,
JASON MESSENGER, SIDNEY BAILEY,
BECKY MOON and BOB HAYWORTH,

Defendants.
_____

| | |
|---|---|
| ALEXANDRIA J. TAYLOR (P75271)<br>TAYLOR LAW FIRM, PLLC<br>Attorney for Plaintiffs<br>19 Clifford Street, Fl 8<br>Detroit, MI 48226<br>Ph: (313) 960-4339<br>Fx: (313) 422-0934<br>ataylor@taylawfirm.com | Mark T. Ostrowski  (P49761)<br>Jessica M. Stark-Flechsig  (P80647)<br>Kyle J. Zielinski  (P83962)<br>KLUCZYNSKI, GIRTZ & VOGELZANG<br>Attorneys for Defendants<br>3033 Orchard Vista Dr. SE, Suite 308<br>Grand Rapids, MI  49546<br>(616) 559-8649<br>Email:  marko@kgvlaw.com<br>Email:  jesstark@kgvlaw.com<br>Email:  kzielinski@kgvlaw.com |

_____

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants, by and through their attorneys, Kluczynski, Girtz & Vogelzang, and hereby moves this Court to enter an order for summary judgment pursuant to Fed.R.Civ.P. 56(c), dismissing plaintiff's remaining claims with prejudice for the reasons stated in the accompanying brief and exhibits.

1

|  |  |
|---|---|
|  | KLUCZYNSKI, GIRTZ & VOGELZANG |
| Date: March 13, 2026 | By: <u>/s/ Kyle J. Zielinski</u><br>Kyle J. Zielinski (P83962)<br>Mark T. Ostrowski (P49761)<br>Attorneys for Defendants |