UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAKIA S. BAYLIS et al.,

       Plaintiffs,

                                   CASE NO. 1:24-cv-1304

v.

                                   HON. ROBERT J. JONKER

PORTAGE PUBLIC SCHOOL
DISTRICT et al.,

       Defendants.
_____/

## ORDER

The Court entered its First Case Management Oder (CMO) on May 16, 2025.  (ECF No. 9.)  The Court entered the Order based on information provided in the parties' Joint Status Report (JSR) and did not hold an in-person Rule 16 hearing.  (ECF No. 8.)  Defendant filed a Motion for Summary Judgment within the deadline of the First CMO (ECF No. 21), and plaintiff responded as provided by Local Rule.  (ECF No. 23.)  It does not appear, however, that the parties completed the required ADR by the deadline provided in the First CMO.  In fact, it does not appear that the parties have taken even the first steps in the ADR process even though the court-ordered process is exactly what the parties requested in their JSR.

The Court's policy is not to consider dispositive motions before the parties have completed court-ordered ADR when the Court's CMO sequenced the deadlines for completion in that order.  Accordingly, the pending summary judgment motion is **DENIED WITHOUT PREJUDICE** to refiling after completion of court-ordered ADR.  In addition, the Second Rule 16 hearing currently scheduled for April 21, 2026, is **CANCELLED**.  The Court will re-schedule that as needed after the parties complete the court-ordered ADR.

The parties shall select their mediator and advise the Court's ADR Administrator of the selection not later than **April 30, 2026**.  The parties shall make every good faith effort to complete the mediation not later than **June 30, 2026**, but if more time is needed to accommodate the mediator's schedule, the parties may ask for the added time.  The mediator will advise the Court of the completion of the mediation process.  If the case does not resolve, dispositive motions will be due not later than **30 days** following the mediator's notice that the mediation process is complete.

**IT IS SO ORDERED.**


Dated: <u>April 10, 2026</u>                          <u>/s/ Robert J. Jonker</u>
                                                                    ROBERT J. JONKER
                                                                    UNITED STATES DISTRICT JUDGE