UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DR. NAKIA S. BAYLIS, individually and
as parent and legal guardian of her minor
children, A.B. and G.B., ADAM BAYLIS III,
individual and as parent and natural guardian
of his minor children, A.B. and G.B,

        Plaintiffs,

v.

PORTAGE PUBLIC SCHOOL DISTRICT,
JASON MESSENGER, SIDNEY BAILEY,
BECKY MOON and BOB HAYWORTH,

        Defendants.

CASE NO:  1:24-CV-01304

Hon. Robert J. Jonker

| | |
|---|---|
| ALEXANDRIA J. TAYLOR (P75271) | Mark T. Ostrowski  (P49761) |
| TAYLOR LAW FIRM, PLLC | Jessica M. Stark-Flechsig  (P80647) |
| Attorney for Plaintiffs | Kyle J. Zielinski  (P83962) |
| 19 Clifford Street, Fl 8 | KLUCZYNSKI, GIRTZ & VOGELZANG |
| Detroit, MI 48226 | Attorneys for Defendants |
| Ph: (313) 960-4339 | 3033 Orchard Vista Dr. SE, Suite 308 |
| Fx: (313) 422-0934 | Grand Rapids, MI  49546 |
| ataylor@taylawfirm.com | (616) 559-8649 |
| | Email:  marko@kgvlaw.com |
| | Email:  jesstark@kgvlaw.com |
| | Email: kzielinski@kgvlaw.com |

## **DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants, by and through their attorneys, Kluczynski, Girtz & Vogelzang, and hereby moves this Court to enter an order for summary judgment pursuant to Fed.R.Civ.P. 56(c), dismissing plaintiff's remaining claims with prejudice for the reasons stated in the accompanying brief and exhibits.

1

KLUCZYNSKI, GIRTZ & VOGELZANG

Date: June 30, 2026

By: /s/ Kyle J. Zielinski
Kyle J. Zielinski (P83962)
Mark T. Ostrowski (P49761)
Attorneys for Defendants