UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAKIA S. BAYLIS et al.,

Plaintiffs,

v.

PORTAGE PUBLIC SCHOOL DISTRICT et al.,

Defendants.
______________________________/

Case No. 1:24-cv-1304

HON. ROBERT J. JONKER

**ORDER**

Defendants filed a motion for summary judgment (ECF No. 28) and the Court set a hearing for October 26, 2026 (ECF No. 33). The hearing is **CANCELLED** without date. The Court anticipates being able to resolve the motion without oral argument.

**IT IS SO ORDERED.**

Dated: October 14, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE